United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. RUSSELL, AK4805.<br>        Petitioner,<br>    v.<br>ROBERT W. FOX, Warden,<br>        Respondent. | Case No. 18-cv-05664-CRB  (PR)<br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

On July 21, 2017, the United States Court of Appeals for the Ninth Circuit received and filed a pro se petition for a writ of habeas corpus from petitioner seeking release from state prison pursuant to California's Proposition 57, which makes parole more available for certain felons convicted of nonviolent crimes. See Russell v. Fox, No. 17-72120 (9th Cir. filed July 21, 2017).

On October 18, 2017, the Ninth Circuit filed an order directing its clerk to "transfer the petition to the United States District Court for the Northern District of California." Unfortunately, the electronic transfer of the petition to this court does not appear to have been fully executed until September 17, 2018, when the clerk of this court filed the petition as the instant new habeas action. See Russell v. Fox, No. 18-cv-05664-CRB (N.D. Cal. Filed Sept. 17, 2018).

But petitioner did not sit idly waiting for the electronic transfer to fully execute at some point. On February 21, 2018, he filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 in this court again seeking release from state prison pursuant to Proposition 57. See Russell v. Fox, No. 18-cv-01112-CRB (N.D. Cal. Filed Feb. 21, 2018). He also sought leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915.

On April 2, 2018, the court dismissed the February 21, 2018 petition without prejudice to pursuing a civil rights action under 42 U.S.C. § 1983 regarding his alleged improper exclusion from parole consideration under Proposition 57. But based solely on petitioner's affidavit of poverty, the court granted the request to proceed IFP.

For the same reasons set forth in the court's April 2, 2018 order dismissing the February 21, 2018 petition, the instant petition (originally filed by the Ninth Circuit on July 21, 2017) alleging improper exclusion from parole consideration under Proposition 57 is DISMISSED without prejudice to pursuing a civil rights action under § 1983. And based on petitioner's earlier affidavit of poverty, he is granted leave to proceed IFP.

**IT IS SO ORDERED**.

Dated: September 24, 2018

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. RUSSELL,<br>   Plaintiff,<br>  v.<br>ROBERT W. FOX,<br>   Defendant. | Case No. 3:18-cv-05664-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert G. Russell ID: AK4805
San Quentin State Prison
4/W/21
San Quentin, CA 94131

Dated: September 24, 2018

             Susan Y. Soong
             Clerk, United States District Court

             By: /s/ L. Scott
             Lashanda Scott, Deputy Clerk to the
             Honorable CHARLES R. BREYER